IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES NELSON WALKER,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No. 3:11-cv-00107

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael Astrue, Commissioner of Social Security, to deny plaintiff James Nelson Walker's application for Disability Insurance Benefits and Supplemental Security Income is affirmed.

                                **NANCY J. ROSENSTENGEL, Clerk of Court**

                                **By:s/Deborah Agans, Deputy Clerk**

Date: December 8, 2011

    APPROVED: s./ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**